NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1125
(Serial No. 09/134,831)

IN RE RICHARD P. METTKE

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

Before DYK, Circuit Judge.

## ORDER

The Acting Director of the United States Patent and Trademark Office moves for a 30-day extension of time, until March 11, 2009, to file a brief. Richard P. Mettke opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard P. Mettke
Raymond Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2009

JAN HORBALY
CLERK